PROB 12B
(SD/FL 4/24)

SD/FL PACTS No. 4677473

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 18-20240-CR-GAYLES(S)

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Yasmany Duarte Gonzalez

Name of Sentencing Judicial Officer: The Honorable Darrin P. Gayles, United States District Judge, Miami, Florida

Date of Original Sentence:  November 29, 2018

Original Offense:     Count Ten: Possession of firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i), a Class A felony

Original Sentence:    Sixty (60) months custody of the United States Bureau of Prisons followed by two (2) years supervised release. Special Conditions: The defendant shall 1) maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused; 2) submit to a search of his person or property; 3) participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment; and 4) be surrendered to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings consistent with the Immigration and Nationality Act. A $100.00 special assessment fee was imposed.

**February 6, 2024**: A *Report on Offender Under Supervision* was submitted to the Court advising of the defendant's drug use. Your Honor concurred with the probation officer's recommendation of no action and allowed the defendant to continue his supervised release with no further intervention.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  April 26, 2023

## PETITIONING THE COURT

☐     To extend term of supervision for _____ years, for a total term of _____ years.

☒     To modify the condition of supervision as follows:

**The defendant shall perform 50 hours of community service as monitored by the U.S. Probation Officer.**

PROB 12B
(SD/FL 4/24)

SD/FL PACTS No. 4677473

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On February 12, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated. |
| 2. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On February 20, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated. |
| 3. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On February 26, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated. |
| 4. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On March 4, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated. |
| 5. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On March 11, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated. |
| 6. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On March 18, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated. |
| 7. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On March 25, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated. |
| 8. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On April 5, 2024, the defendant submitted a urine specimen which tested position for the presence of cannabinoids in our local laboratory; and subsequently |

PROB 12B
(SD/FL 4/24)

SD/FL PACTS No. 4677473

was confirmed positive with Alere Toxicology Services, Incorporated. On April 19, 2024, the defendant signed an Admission of Drug Use Form.

On April 26, 2023, the defendant was released from the custody of the United States Bureau of Prisons to an Immigration and Customs Enforcement (ICE) detainer. He remained in ICE custody until July 13, 2023, when released to the Southern District of Florida on an ICE Order of Supervision. His term of supervision is scheduled to expire on April 25, 2025.

The defendant maintains stable residence with his wife and son in Miami, Florida. The defendant is in the process of renewing his employment authorization documents (EAD). He is currently unemployed.

On February 6, 2024, A *Report on Offender Under Supervision* was submitted due to positive drug test and no action was requested. Your Honor concurred with the probation officer's recommendation of no action allowed the defendant to continue his supervised release with no further intervention. The defendant was placed on weekly scheduled urinalysis testing for approximately 60 days.

On February 12, 2024, February 20, 2024, February 26, 2024, March 4, 2024, March 11, 2024, March 18, 2024, and March 25, 2024, the defendant submitted urine specimens which tested positive for the presence of Cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated.

On March 29, 2024, an Interpretation Report was requested from Alere Toxicology Services, Incorporated and Cheska Burleson Ph.D., NRCC, Laboratory Director, concluded the defendant reused marijuana prior to the specimens collected on February 12, 2024, February 20, 2024, February 26, 2024, March 4, 2024, March 11, 2024, and March 18, 2024.

On April 5, 2024, the defendant submitted a urine specimen which tested positive for the presence of Cannabinoids in our local laboratory; and subsequently was confirmed positive with Alere Toxicology Services, Incorporated.

On April 11, 2024, the defendant reported to the United States Probation Office and this officer questioned him regarding his positive urinalysis. The defendant denied new drug use. However, the day after, this officer received a phone call from the defendant in which he verbally admitted to using marijuana and explained that he smoked marijuana on or about March 20, 2024. The defendant expressed that he feels frustrated since he is not able to secure employment as he is pending his EAD renewal. The defendant is being financially supported by his wife and family.

On April 19, 2024, the defendant signed an Admission of Drug Use Form and apologized. He further stated he will complete a substance abuse evaluation and wants to accept full responsibility for his actions.

As a result of the new drug use positive urinalysis tests, the defendant was placed on weekly schedule urinalysis testing for approximately 30 days. Thereafter, he will be enrolled in Code-A-

PROB 12B
(SD/FL 4/24)

SD/FL PACTS No.  4677473

Phone, a random drug testing program, for a period of six months. Additionally, the defendant was referred for a substance abuse evaluation with Compass Health Systems.

The defendant was also presented with a recommended sanction of community service due to the new drug use and he voluntarily signed the attached *Waiver of Hearing to Modify Conditions of Supervised Release* agreeing to perform fifty (50) hours of community service as monitored by the U.S. Probation Officer.

This office will continue to monitor his weekly drug test results and it is possible future tests will be returned positive for residual elimination. However, if any test results are confirmed positive for new use, the Court will be notified accordingly.

On April 12, 2024, and April 19, 2024, the defendant tested positive for marijuana in our local laboratory; however, the results were confirmed *negative* by Alere Toxicology Services, Incorporated. The specimen submitted on April 26, 2024, was negative for marijuana.

**RECOMMENDATION:** It is respectfully requested the Court take no further action regarding the positive urinalysis tests and allow the defendant the opportunity to benefit from substance abuse treatment. It is also respectfully requested the conditions of his supervised release be modified to include 50 hours of Community Service. The defendant will continue to submit random urine testing and the Court will be promptly notified of any further non-compliant behavior.

Respectfully submitted,

by:

Giuliana Cevallos

Giuliana Cevallos
United States Probation Officer
Office: (305) 523-5464
Cellular: (305) 975-8334
Date:  May 2, 2024

**THE COURT ORDERS:**

☐     No Action
☒     The Modification of Conditions as Noted Above
☐     Submit a Request for ☐ Warrant or ☐ Summons

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Date: _____05/03/24_____