UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20240-CR-GAYLES

UNITED STATES OF AMERICA

v.

YASMANY DUARTE GONZALEZ,
USM# 15369-104

       Defendant.
_____/

### ORDER ON PETITION FOR REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** came before the Court on April 10, 2025, for a hearing on the United States Probation Office's Petition for Offender under Supervision [ECF No. 81]. At the hearing, the Defendant admitted to Violations 1 through 4. The Court having reviewed the Petition, heard oral arguments from the parties, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's term of supervision is hereby **REVOKED.** It is further **ORDERED** that Defendant, Yasmany Duarte Gonzalez, is committed to the custody of the Bureau of Prisons for a term of **three (3) months**, with no term of supervision to follow. The defendant shall surrender to the United States Marshal for this District by 10:00 AM on Friday, April 11, 2025.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of April 2025.

                                                  DARRIN P. GAYLES
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record